189 So. 63

**EMPLOYERS INSURANCE CO. OF ALA-BAMA v. Charles P. JOHNSTON.**

**6 Div. 441.**

Supreme Court of Alabama.

May 18, 1939.

Smith, Windham, Jackson & Rives, of Birmingham, for appellant.

Chas. W. Greer, of Birmingham, for appellee.

FOSTER, Justice.

The decree of the circuit court, in equity, is affirmed on the authority of Employers Insurance Company v. Eloise W. Johnston, ante, p. 26, 189 So. 58, this day decided.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.